UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SHANNON BRUCE MORLEY,

Plaintiff,

vs.

CORRECTIONS OFFICER JOHN MARSHAL and COMMANDER NOAH STUART,

Defendants.

NO. CV-13-108-JPH

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DISMISSING COMPLAINT AND DENYING PENDING MOTIONS

    Magistrate Judge Hutton filed a Report and Recommendation on June 17, 2013, recommending Mr. Morley's application to proceed *in forma pauperis* be denied under 28 U.S.C. § 1915(g), that his complaint dismiss and all pending motions be denied as moot. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Application to Proceed *in forma Pauperis* is **DENIED** as precluded under 28 U.S.C. § 1915(g). The Complaint is **DISMISSED without prejudice** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915. The pending Motion to Amend/Correct Complaint, ECF No. 6, is **DENIED as moot.**

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

    **DATED** this   10th   day of July, 2013.

                                                    *s/Lonny R. Suko*

                                              LONNY R. SUKO
                                  UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DISMISSING COMPLAINT AND DENYING PENDING MOTIONS -- 1